NEW YORK TELEPHONE COMPANY, Appellant, v. STEPHEN HOLDEN, JR., et al., Respondents.—

836

Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.